IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC V. SHELBY,                                    CV 04-337-AS

          Petitioner,                                    ORDER

     v.

JEAN HILL,

          Defendant.


MARSH, Judge.

     Magistrate Judge Donald C. Ashmanskas filed his Findings and
Recommendation on May 13, 2005.  The matter is now before me
pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).
When either party objects to any portion of the Magistrate's
Findings and Recommendation, the district court must make a *de
novo* determination of that portion of the Magistrate's report.
See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v.
Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir.

1 - ORDER

1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Petitioner filed timely objections.  I have, therefore, given the file of this case a *de novo* review.  I find no error. Accordingly, I ADOPT the Findings and Recommendation (#30) of Magistrate Judge Ashmanskas.  Petitioner's Petition for Writ of Habeas Corpus (#2) is DENIED.

IT IS SO ORDERED.

DATED this  22  day of June, 2005.


 /s/  Malcolm F. Marsh 
Malcolm F. Marsh
United States District Judge

2 - ORDER